IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| **FERNANDO JOSE RAMIREZ MORALES** | § § § § | |
| *Plaintiff*, | § | |
| v. | § § | PE:23-CV-00043-DC-DF |
| **MANIDER SINGH, CHAHAL ONTIME, INC.** | § § § | |
| *Defendants*. | § § | |

## ENTRY OF DEFAULT

IT APPEARING from the record of the above-entitled action that service of the civil complaint has been made upon the Defendants, **MANIDER SINGH and CHAHAL ONTIME, INC.**, and it further appearing from Plaintiff's motion and affidavit that said Defendants have failed to plead, respond or otherwise defend in said action as directed.

NOW, THEREFORE, on the Plaintiff's request this 30th day of May 2024, DEFAULT is hereby entered against **MANIDER SINGH and CHAHAL ONTIME, INC**.



U.S. District Court

By: _____*a. Baeza*_____

Deputy Clerk, A. Baeza