IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| FERNANDO JOSE RAMIREZ MORALES,<br>     *Plaintiff,*<br><br>v.<br><br>MANIDER SINGH, and CHAHAL ONTIME, INC.,<br>     *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | P:23-CV-00043-DC |

## FINAL JUDGMENT

On this day, the Court granted Plaintiff Fernando Jose Rameriz Morales' motion for a default judgment as to Manider Sing and Chahal Ontime, Inc.[1] Accordingly, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is awarded in favor of Rameriz. Rameriz shall recover the following sums against Defendants:

- **$0.00** for past medical care expenses;

- **$237,236.86** for future medical care expenses;

- **$48,199.12** for past lost wages;

- **$30,000.00** for past pain and suffering; and

- **$40,000.00** for future pain and suffering.

---

[1] ECF No. 16

All other relief requested is **DENIED**. This case is now **CLOSED**.

**It is so ORDERED.**

**SIGNED this 14th day of January, 2025.**

_____
**DAVID COUNTS**
**UNITED STATES DISTRICT JUDGE**